UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT J. ROBUS,<br><br>        Plaintiff<br><br>  v.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA et al.,<br><br>        Defendants | CIVIL ACTION<br><br>No. 07-0820 |
| ALBERT J. ROBUS,<br><br>        Plaintiff<br><br>  v.<br><br>PENNSYLVANIA DEPT. OF<br>CORRECTIONS et al.,<br><br>        Defendants | CIVIL ACTION<br><br>No. 06-2143 |

**MEMORANDUM/ORDER**

September 11, 2007

    Before the court are (1) Mr. Robus's two motions to consolidate Civil Action Number 06-

1

2143 with Civil Action Number 07-0820, *see Robus v. Penn. Dept. of Corr.*, No. 06-2143 (Docket No. 7); *Robus v. Pennsylvania*, No. 07-0820 (Docket No. 2); (2) Mr. Robus's motion to proceed *in forma pauperis* in Civil Action Number 07-820 (Docket No. 1); and (3) Mr. Robus's two motions to amend his complaint in Civil Action Number 06-2143 (Docket Nos. 10, 11).

It is hereby **ORDERED**:

1. Mr. Robus's two motions to consolidate, *see Robus v. Penn. Dept. of Corr.*, No. 06-2143 (Docket No. 7); *Robus v. Pennsylvania*, No. 07-0820 (Docket No. 2), are **GRANTED**. The Clerk's Office shall consolidate the two cases under Civil Action Number 06-2143 and shall close Civil Action Number 07-0820.

2. Mr. Robus's motion to proceed *in forma pauperis* in Civil Action Number 07-0820 (Docket No. 1) is **DISMISSED** as **MOOT**.

3. Mr. Robus's two motions to amend his complaint in Civil Action Number 06-2143 (Docket Nos. 10, 11) are **GRANTED**.

BY THE COURT:

/s/ Louis H. Pollak

Pollak, J.